# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Shah Nuhan. SMITH | ) | Case No. 3:16mj35 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 29, 2016___ in the county of ___Henrico, Virginia___ in the
___Eastern___ District of ___Virginia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C Section 922(g)(1) | Possession of a firearm after having been convicted of a felony. |

This criminal complaint is based on these facts:

On January 29, 2016, Shah N. SMITH did meet with an ATF CI for the purpose of purchasing two (2) Glock firearms from the ATF CI. The firearm transaction between the ATF CI and SMITH was witnessed by ATF Agents, to include the complainant of this application, S/A Jerad McComas. SMITH, a two time convicted felon, provided ATF CI $700.00 in exchange for two firearms that previously traveled in Interstate Commerce.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Jerad McComas, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/01/2016___

_____
/s/
Roderick C. Young
United States Magistrate Judge

City and state: ___Richmond, Virginia___